445 A.2d 237

Letcher v. Letcher, Appellant.

Petition for Allowance of Appeal Denied Aug. 2, 1982.

Argued February 2, 1982. Frank Robert Cori, for appellant; William R. Mosolino, for appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Final decree affirmed.